PS 42
(Rev 07/93)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**

MAR - 8 2012

~~IN OPEN COURT~~
JAMES W. McCORMACK, CLERK
BY:_____
DEPUTY CLERK

## United States District Court

### Eastern District of Arkansas

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Rebecca Spray** | ) | Case No. 4:12CR00041-003 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Rebecca Spray, have discussed with, Pretrial Services/Probation Officer, modification of my release as follows:

Undergo mental health evaluation and comply with counseling as directed by the counseling agency and the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     2-28-12     _____     2-28-12
Signature of Defendant          Date          Pretrial Services/Probation Officer          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     3-5-12
Signature of Defense Counsel          Date

[✓]     The above modification of conditions of release is ordered, to be effective on 2-28-12

[ ]     The above modification of conditions of release is not ordered.

_____     3-8-12
Signature of Judicial Officer          Date