# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:12CR000041-1 JLH

ROBERT JERROD CASTLEMAN

## **ORDER**

Defendant's Pretrial Services Officer ("PTSO") is authorized to remove Defendant's ankle bracelet so that he can undergo inpatient surgery on December 7, 2012. Defendant shall return to home incarceration following his hospitalization, and report as instructed by his PTSO for re-attachment of his ankle bracelet.

IT IS SO ORDERED this 4th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE