IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.     No. 4:12CR00041-04 JLH

TRAVIS BLAINE PERKINS

## ORDER

The motion of the United States of America to dismiss the indictment as to Travis Blaine Perkins is GRANTED. Document #196. The pending charges against Perkins are hereby dismissed.

IT IS SO ORDERED this 23rd day of April, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE