IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                               NO. 4:12CR00041-03 JLH

REBECCA LUCILLE SPRAY                                                       DEFENDANT

### ORDER

Rebecca Lucille Spray has been sentenced to a term of time served, followed by supervised release with a special condition that she spend the first four months in a residential reentry center. The probation office has informed the Court that the City of Faith should have space available on Monday, July 8, 2013. Therefore, Spray's sentence will be time served as of July 8, 2013. The United States Marshals Service is ordered to release Spray on that date. Spray is ordered to report to the probation office immediately upon her release.

IT IS SO ORDERED this 3rd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE