IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                       NO. 4:12CR00041 JLH

ROBERT JERROD CASTLEMAN
and BOB SAM CASTLEMAN                                                                DEFENDANTS

## ORDER

On December 9, 2013, this matter was reset for trial to begin at 9:15 a.m. on Thursday, December 12, 2013. The Court has determined that the trial should begin at **10:00 a.m. on THURSDAY, DECEMBER 12, 2013**, in Little Rock, Arkansas. Counsel and defendants should be present in the courtroom by 9:30 a.m. for pretrial matters.

IT IS SO ORDERED this 11th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE