# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              No. 4:12CR00041-02 JLH

BOB SAM CASTLEMAN                                        DEFENDANT

## ORDER

During the trial of Bob Sam Castleman, issues relating to the testimony of Robert Jerrod Castleman and the health of Bob Sam Castleman were presented to the Court in sealed motions and considered by the Court during *in camera* hearings. Because the trial has been concluded, there is no longer any reason for the motions or the transcripts to be sealed. Therefore, the Court orders that the motions and transcripts be unsealed.

IT IS SO ORDERED this 26th day of December, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE