# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              NO. 4:12CR00041-03 JLH

REBECCA LUCILLE SPRAY                                                                       DEFENDANT

## ORDER

Pending before the Court is the government's motion for revocation of defendant Rebecca Lucille Spray's supervised release. Document #304. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **FRIDAY, FEBRUARY 28, 2014, at 2:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **REBECCA LUCILLE SPRAY** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Molly Sullivan is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 20th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE