IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                         NO. 4:12CR00041-03 JLH

REBECCA LUCILLE SPRAY                                            DEFENDANT

**ORDER**

Rebecca Lucille Spray appeared before the Court on February 28, 2014, for a scheduled hearing on the government's superseding motion to revoke supervised release. Prior to the hearing, the defendant admitted to methamphetamine use the day prior to the hearing. Based upon the defendant's own admission, she was remanded to the custody of the United States Marshal until such time as she tested negative. The Court has now been informed by the United States Probation Officer that defendant's drug test is negative.

IT IS THEREFORE ORDERED that the hearing on the government's superseding motion to revoke supervised release is hereby scheduled to begin on **MONDAY, MARCH 10, 2014, at 8:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #307.

IT IS SO ORDERED this 7th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE